In the Matter of the Probate of the Will of MARIE BREWER, Deceased. KLARA DAHL, Individually and as Executrix of MARIE BREWER, Deceased, Appellant and Respondent; LEON J. TEPPER, Respondent and Appellant, et al., Respondents.

Argued October 4, 1951; decided October 18, 1951.

636

*Stanley Fowler, Alexander W. Kramer* and *Joseph R. Risdell* for appellant-respondent.

*Felix C. Lourie* and *Leon J. Tepper,* in person, for Leon J. Tepper, respondent-appellant.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.